IN THE SUPREME ·COURT

Disposition of Petitions for Discretionary Review Under G.S. 7A-31

23 August 2012

| 370P04-12 | State v. Anthony Leon Hoover | Def's *Pro Se* Motion for a *Writ of Habeas Corpus Ad Testificandum* | Denied **07/06/12** **Hudson, J., Recused** |
|---|---|---|---|
| 370P04-13 | State v. Anthony Leon Hoover | Def's *Pro Se* Motion for *Writ* Relief | Dismissed **Hudson, J., Recused** |
| 376A11-3 | State v. Charles David Becton | Def's *Pro Se* Motion for NOA (COAP12-373) | Dismissed |
| 379A11 | Charlotte Mecklenburg Hospital Authority v. Robert M. Talford | Def's Petition for Rehearing | Denied **07/24/12** |
| 382P10-2 | State v. John Lewis Wray, Jr. | Def's *Pro Se* Petition for *Writ of Mandamus* (COAP12-566) | Denied **08/21/12** |
| 386P11 | Courtney S. Graham v. James David Keith, Jr. and Sandra Faye Keith | Defs' PDR Under N.C.G.S. § 7A-31 (COA10-917) | Denied |
| 387P11 | Brian W. Meehan v. American Media International, LLC; DNA Security, Inc.; and Richard Clark | Plt's PDR Under N.C.G.S. § 7A-31 (COA10-1091) | Denied |
| 402P11-3 | Sylvester Eugene Harding, III v. Clerk of Court, Superior Court of Cumberland County | 1. Def's *Pro Se* Petition for *Writ of Mandamus* <br><br> 2. Def's *Pro Se* Motion for Appropriate Relief as to the Presenting of a *Writ of Mandamus* | 1. Dismissed <br><br> 2. Dismissed |
| 403A11 | Dianne Michele Carter v. Noah Maximov | Plt's *Pro Se* Motion for Reconsideration of Appeal and to Set Aside a Void Judgment Under FRCP Rule 60(b)(4) | Dismissed *Ex Mero Motu* |